MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

J. MARK KANG (NYBN 4033999)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7050
    Facsimile: (415) 436-7234
    E-Mail: Mark.Kang@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-0884 SI |
|     Plaintiff, | |
|     v. | **STIPULATION AND [PROPOSED] ORDER VACATING DETENTION HEARING** |
| ALEJANDRO MENDOZA-VALENCIA, a/k/a Jose Mendoza Valencia, | |
|     Defendant. | |

On December 28, 2012, the parties in this case appeared before the Court. At that time, defendant contested his continued detention and sought release notwithstanding the detainer lodged against him by Immigration and Customs Enforcement (ICE). Defendant has since been provided with evidence of a prior conviction that would subject the defendant mandatory detention by ICE in the event that he is released from Marshal's custody. Accordingly, the parties agree that defendant will waive the detention hearing scheduled for January 10, 2013.

///

///

STIPULATION & [PROPOSED] ORDER VACATING DETENTION HEARING
CR 12-0884 SI

without prejudice. Defendant reserves the right to seek release in the future in the event that there is a change in circumstances.

SO STIPULATED:

                                               MELINDA HAAG
                                               United States Attorney

DATED: January 7, 2013           _____/s/_____
                                             J. MARK KANG
                                             Special Assistant United States Attorney

DATED: January 7, 2013           _____/s/_____
                                             BRANDON LEBLANC
                                             Attorney for DEFENDANT

STIPULATION & [PROPOSED] ORDER VACATING DETENTION HEARING
CR 12-0884 SI

# [PROPOSED] ORDER

For the reasons stated above, the detention hearing scheduled for January 10, 2013 is vacated, without prejudice.

IT IS SO ORDERED.

DATED: January 9, 2013

_____
HON. JACQUELINE SCOTT CORLEY
United States Magistrate Judge

STIPULATION & [PROPOSED] ORDER VACATING DETENTION HEARING
CR 12-0884 SI